```
                                            FILED
                                    CLERK, U.S. DISTRICT COURT

                                      15 OCT 03 PM 12: 18

                                       DISTRICT OF UTAH

                                    BY: _____
                                         DEPUTY CLERK
```

Benjamin A. Hamilton (#6238)
Attorney for Defendant
356 East 900 South
Salt Lake City, Utah 84111
Telephone: (801) 322-3622

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | 1:02-CR- 58 TC |
| -v- | : | DEFENDANT'S MOTION TO COMPEL DISCOVERY |
| FABIAN LOPEZ-OCHOA, | : | |
| Defendant. | : | |

COMES NOW The defendant, FABIAN LOPEZ-OCHOA, by and through his attorney, Benjamin A. Hamilton, hereby moves the Court to compel the prosecution to disclose to the defendant the following information and/or documents related to any expert testimony intended to introduced at the hearing on the defendant's Motion to Suppress currently scheduled for November 14, 2003, at 10:00 a.m..

1. The identity of any witness the government intends on introducing including: Name, telephone number, address, and employer.

2. The opinions of any experts the government intends on introducing at the above-mentioned hearing, along with the bases of those opinions, including all copies of the scientific



or other literature relied upon in arriving at the opinion.

3. The training of any of the witnesses that the government intends on having testify in the form of an opinion.

RESPECTFULLY SUBMITTED this 14th day of October, 2003.

_____
Benjamin A. Hamilton
Attorney for Defendant

## Certificate of Service

I hereby certify that on the 14th day of August, 2003, a true and correct copy of the foregoing Defendant's Motion to Compel Discovery, was hand delivered to Ms. Veda Travis or was mailed, postage prepaid, addressed as follows:

Veda M. Travis
Assistant United States Attorney
185 South State Street #400
Salt Lake City, Utah 84111-1506

*Susan Carter*